1  LANCE A. ETCHEVERRY (STATE BAR NO. 199916)
   Lance.Etcheverry@skadden.com
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
3  Los Angeles, California 90071
   Telephone: (213) 687-5000
4  Facsimile:  (213) 687-5600

5  S. SHERYL LEUNG (STATE BAR NO. 238229)
   Sheryl.Leung@skadden.com
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
7  Palo Alto, California 94301
   Telephone: (650) 470-4500
8  Facsimile:  (650) 470-4570

9  Attorneys for Defendants
   SAMSUNG ELECTRONICS AMERICA, INC. and
10 SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROSEANNE CASTRO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIER IQ, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; and SAMSUNG TELECOMMUNICATIONS AMERICA, INC.,<br><br>Defendants. | **CASE NO. 3:11-CV-06201-RS**<br><br>**STIPULATED REQUEST FOR AN ORDER GRANTING A STAY AND [PROPOSED] ORDER** as modified by the court |

**STIPULATED REQUEST FOR AN ORDER
GRANTING A STAY AND [~~PROPOSED~~] ORDER**

Plaintiff Roseanne Castro and Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC[1] (the "Samsung Defendants") (collectively, the "Stipulating Parties") by and through their respective counsel, hereby make a stipulated request for an Order staying all proceedings and deadlines in this action until forty-five (45) days after the Panel on Multidistrict Litigation ("Panel") has issued a ruling on the currently pending motions for coordination or consolidation of this and other actions captioned In re Carrier IQ, Inc. Consumer Privacy Litigation (MDL No. 2330) (the "MDL Motions"), and in support of this Request, state as follows:

WHEREAS, the Complaint in the above-captioned action was filed on December 9, 2011;

WHEREAS, there have been no other modifications to the Samsung Defendants' time to answer, move or otherwise respond to the complaint in this action;

WHEREAS, pursuant to the Clerk's Notice dated December 22, 2011, the Initial Case Management Conference in the above-captioned action is scheduled for March 15, 2012;

WHEREAS, the Complaint alleges, among other things, that Defendants violated the privacy rights of mobile phone and other device consumers whose devices use software made by defendant Carrier IQ, Inc.;

WHEREAS over 50 other complaints have been filed to date in federal district courts throughout the United States by consumers purporting to bring class actions on behalf of similarly situated class members (collectively, including the above-captioned matter, the "CIQ cases");

WHEREAS, several motions are pending before the Judicial Panel on Multidistrict Litigation to transfer the CIQ cases to various transferee courts for coordinated and consolidated

---

[1] Samsung Telecommunications America, LLC was erroneously sued as Samsung Telecommunications America, Inc.

pretrial proceedings pursuant to 28 U.S.C. Sec. 1407, responses to the motions supporting coordination or consolidation were filed on December 27, 2011, and Plaintiff and the Samsung Defendants anticipate that additional responses will be filed; and

WHEREAS, in light of the pending MDL Motions and to facilitate an orderly schedule for responding to the pleadings in the CIQ Cases, the Stipulating Parties in this case have agreed that the deadline for the Samsung Defendants to answer, move, or otherwise respond to the Complaint shall be extended until forty-five (45) days after the Judicial Panel on Multidistrict Litigation issues an order deciding the MDL Motions, or as otherwise ordered by the MDL transferee court if one of the MDL Motions is granted; provided, however, that in the event that any of the Samsung Defendants should agree to an earlier response date in any of the CIQ Cases, that Samsung Defendant will respond to the Complaint on that earlier date;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Samsung Defendants, that:

1. Pursuant to Local Rule 6-1, 6-2 and 7-12, all proceedings and deadlines in the above-captioned action that pertain to the Samsung Defendants are stayed until forty-five (45) days after the Panel on Multidistrict Litigation rules on the MDL Motions or until further order of this Court or the MDL Transferee Court;

2. This stay shall include a continuance of the Samsung Defendants' deadline to answer, move to dismiss, or otherwise respond to the Complaint;

3. Any obligations of the Stipulating Parties to meet and confer regarding initial disclosures under FRCP 26(f) are stayed until further Order from the Court or the MDL Transferee Court;

4. This Stipulation does not constitute a waiver by the Samsung Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process; and

5. Nothing in this Order shall prohibit any Stipulating Party in the above-captioned action from petitioning the court to lift the stay as events warrant.

//

DATED: January __, 2012

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ *Lance A. Etcheverry*
        Lance A. Etcheverry

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Attorneys for Defendants
SAMSUNG ELECTRONICS AMERICA, INC. and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

I, Lance A. Etcheverry, am the ECF User whose ID and password are being used to file this Stipulated Request For An Order Granting A Stay and [Proposed] Order.  In compliance with General Order 45, X.B., I attest that each of the following signatories has concurred in this filing.

NEWPORT TRIAL GROUP, A PROFESSIONAL CORPORATION

By:   /s/ *James Byron Hardin*
        JAMES BYRON HARDIN

895 Dove Street, Suite 425
Newport Beach, CA 92660
Telephone:  (949) 706-6464
Facsimile:  (949) 706-6469
jhardin@trialnewport.com

Attorneys for Plaintiff
ROSEANNE CASTRO

**Until and unless this matter is transferred to an MDL proceeding or responsive pleadings are filed, the parties shall submit a joint status report every 90 days.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/6/12_____, 2012

By: _____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

3

**STIPULATED REQUEST FOR AN ORDER GRANTING A STAY AND [PROPOSED] ORDER**      **CASE NO. 3:11-CV-06201-RS**