1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:  650.988.8500
   Facsimile:  650.938.5200
6
   TYLER G. NEWBY (CSB No. 205790)
7  tnewby@fenwick.com
   JENNIFER J. JOHNSON (CSB No. 252897)
8  jjjohnson@fenwick.com
   FENWICK & WEST LLP
9  555 California Street, 12th Floor
   San Francisco, CA 94104
10 Telephone: 415.875.2300
   Facsimile:  415.281.1350
11
   Attorneys for Defendant
12 Carrier IQ, Inc.

13                      UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16

17 ROSEANNE CASTRO, Individually and on        Case No.: 11-cv-06201-RS
   Behalf of All Others Similarly Situated,
18                                             [PROPOSED] ORDER GRANTING
                  Plaintiff,                   STIPULATION RE CONTINUANCE
19                                             OF TIME FOR DEFENDANT TO
           v.                                  RESPOND TO COMPLAINT AND
20                                             CONTINUANCE OF CASE
   CARRIER IQ, INC.; SAMSUNG                   MANAGEMENT CONFERENCE AND
21 ELECTRONICS AMERICA, INC.; and              [PROPOSED] ORDER EXTENDING
   SAMSUNG TELECOMMUNICATIONS                  TIME TO RESPOND TO COMPLAINT
22 AMERICA, INC.,

23                Defendants.

24        Pursuant to stipulation, it is SO ORDERED.  Parties shall file a joint status report every 90

25 days until litigation proceeds.

26 Dated:_ 2/3/12 _____

27                                             _____
                                               Honorable Richard Seeborg
28                                             United States District Judge

   [PROPOSED] ORDER                                           Case No. 11-cv-06201-RS

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW